# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133930

DOUGLAS SHANES, Personal
Representative of the Estate of
Marcella Shanes,
        Plaintiff-Appellee,

v

SHAHZAD A. SHAIKH, M.D.
and W. A. FOOTE MEMORIAL
HOSPITAL,
        Defendants,

and

DR. JAVAID BASHIR,
        Defendant-Appellant,

and

DOCTORS HOSPITAL OF JACKSON,
DR. LOWELL FISHER and NAVEED
SIDDIQI, M.D.,
        Defendants-Appellees.

SC: 133930
COA: 264651
Jackson CC: 02-000044-NH

_____

     On order of the Court, the application for leave to appeal the February 20, 2007 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Braverman v Garden City Hosp* (Docket Nos. 134445-134446) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2007

Clerk